IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR316 |
| JOSE VALDIVIA, | ) ) ) | **SCHEDULING ORDER** |
| Defendant. | ) | |

    Before the Court is the government's Motion to Continue [17]. Good cause being shown, the motion will be granted and the evidentiary hearing on the Motion to Suppress Evidence [14] will be continued.

    IT IS ORDERED:

    1.    That the government's Motion to Continue [17] is granted; and

    2.    That the evidentiary hearing on the Motion to Suppress [14] is continued to **February 21, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 23rd day of January, 2007.

                                                    BY THE COURT:

                                                    s/ F.A. Gossett
                                                    United States Magistrate Judge