# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| Plaintiff,       ) | |
| vs.       ) | 8:06CR316 |
| JOSE VALDIVIA,       ) | **SCHEDULING ORDER** |
| Defendant.       ) | |

    Before the Court is the government's oral motion to continue. Good cause being shown, the motion is granted and the evidentiary hearing on the Motion to Suppress Evidence [14] will be continued.

    IT IS ORDERED that the evidentiary hearing on the Motion to Suppress [14] is continued to **February 27, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 29th day of January, 2007.

                                    BY THE COURT:

                                    s/ F.A. Gossett
                                    United States Magistrate Judge