# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>JOSE VALDIVIA,  )<br>)<br>Defendant.  ) | 8:06CR316<br><br>**SCHEDULING ORDER** |

ON THE COURT'S OWN MOTION,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress [14] is continued to **February 28, 2007** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 12th day of Februay, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge