IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR316 |
| JOSE VALDIVIA, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    Before the court is the government's Motion to Continue [25]. A conference call was held on February 27, 2007 regarding the availability of a witness. The government has now informed the court that the witness is available to testify.

    IT IS ORDERED:

1. That the government's Motion to Continue [25] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [14] is continued to **March 21, 2007 at 9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the court.

    DATED this 13th day of March, 2007.

                                                                   BY THE COURT:

                                                                   s/ F.A. Gossett
                                                                   United States Magistrate Judge