IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR316** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOSE G. VALDIVIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for an extension of time until April 12, 2007 to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 36).

IT IS ORDERED:

1. The Defendant's motion for an extension of time to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 36) is granted; and

2. The Defendant must file any objections to the Report and Recommendation on or before April 12, 2007.

DATED this 9th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge