IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CR316 |
| vs. ) | |
| ) | ORDER |
| JOSE G. VALDIVIA, ) | |
| ) | |
| Defendant. ) | |

UPON THE MOTION OF THE DEFENDANT (#44) and no objection from the government,

**IT IS ORDERED:**

1. The Motion for Continuance (#44) is granted.

2. The Change of Plea hearing is continued to **Friday, July 6, 2007 at 11:00 A.M.,** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between **June 29, 2007** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

4. Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 29th day of June 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge