# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 8:06CR316 |
| **Plaintiff,** | |
| vs. | **JUDGMENT** |
| **JOSE G. VALDIVIA,** | |
| **Defendant.** | |

In accordance with the accompanying memorandum and order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 109);

2. Upon initial review, the Court summarily dismisses the Defendant's claims raised in the § 2255 motion; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 21st day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge