# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 8:06CR316 |
| **Plaintiff,** | |
| vs. | ORDER |
| **JOSE G. VALDIVIA,** | |
| **Defendant.** | |

This matter is before the Court on the Defendant's pro se motion to reconsider and his supporting brief (Filing Nos. 112, 113). Defendant asks the Court to reconsider its summary dismissal of his § 2255 motion.

IT IS ORDERED:

1. The Defendant's pro se motion to reconsider (Filing No. 112) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 18th day of November, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge